846

TITSHAW v. BANK OF JERSEY.

PER CURIAM. This case being for decision by the entire court of six Justices, the question being whether the court erred in refusing a new trial, and the Justices being equally divided, Beck, P. J., and Hill and Gilbert, JJ., being of the opinion that the court erred, and Russell, C. J., and Atkinson and Hines, JJ., being of the contrary opinion, the judgment stands affirmed by operation of law.

No. 7838. JULY 19, 1930.

*Orrin Roberts* and *J. M. Roberts,* for plaintiff in error.
*A. M. Kelly* and *W. F. Lewis,* contra.